**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>LAURA DELEON CARTER<br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412<br><br><br><br><br><br><br>Debtor | CASE NO: 19-00245-EG<br><br>(CHAPTER 13)<br><br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No 474518 in the amount of $445.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| LAURA DELEON CARTER<br><br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | | Debtor refund stale dated twice | $445.00 |

Dated: <u>November 08, 2023</u>

/s/ James M. Wyman
_____
James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

STEADMAN LAW FIRM PA
PO BOX 60367
CHARLESTON, SC  29419

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-00245-EG |
| LAURA DELEON CARTER<br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | (CHAPTER 13) |
| | TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor | |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No 474518 in the amount of $445.00 representing monies designated as dividends to parties as follow

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| LAURA DELEON CARTER<br><br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | | Debtor refund stale dated twice | $445.00 |

Dated: November 08, 2023

/s/ James M. Wyman
_____
James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

STEADMAN LAW FIRM PA
PO BOX 60367
CHARLESTON, SC  29419

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>LAURA DELEON CARTER<br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412<br><br><br><br><br>Debtor | CASE NO: 19-00245-EG<br><br>(CHAPTER 13)<br><br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No 474518 in the amount of $445.00 representing monies designated as dividends to parties as follow

| **Party** | **Claim #** | **Reason for Return** | **Amount** |
|---|---|---|---|
| LAURA DELEON CARTER<br><br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | | Debtor refund stale dated twice | $445.00 |

Dated: <u>November 08, 2023</u>

/s/ James M. Wyman
James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

STEADMAN LAW FIRM PA
PO BOX 60367
CHARLESTON, SC  29419

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>LAURA DELEON CARTER<br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412<br><br><br><br><br><br>Debtor | CASE NO: 19-00245-EG<br><br>(CHAPTER 13)<br><br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No 474518 in the amount of $445.00 representing monies designated as dividends to parties as follow

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| LAURA DELEON CARTER<br><br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | | Debtor refund stale dated twice | $445.00 |

Dated: <u>November 08, 2023</u>

/s/ James M. Wyman
_____
James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

STEADMAN LAW FIRM PA
PO BOX 60367
CHARLESTON, SC  29419

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>LAURA DELEON CARTER<br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412<br><br><br><br>Debtor | CASE NO: 19-00245-EG<br><br>(CHAPTER 13)<br><br><br>**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS** |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No 474518 in the amount of $445.00 representing monies designated as dividends to parties as follov

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| LAURA DELEON CARTER<br><br>1402 Camp Rd., Apt 8E<br>Charleston, SC  29412 | | Debtor refund stale dated twice | $445.00 |

Dated: <u>November 08, 2023</u>

/s/ James M. Wyman
_____
James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

STEADMAN LAW FIRM PA
PO BOX 60367
CHARLESTON, SC  29419